UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CAROL ANN TORRES, | ) | CASE NO. C13-0750-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME OF BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed the parties' first stipulation for extension of time (Dkt. 11), requesting a 60-day extension of the due date in which to file her Opening brief. The Court typically does not grant extension longer than approximately 30-days at a time, and usually each party is granted only one extension. In this instance, the GRANTS the extension as requested. However, since 30-days have been added to the stipulated extension at defendant's request, this extension shall count as being granted for defendant as well. **Both parties are advised that no further extensions will be granted absent extraordinary cirumstances.**

/ / /

/ / /

ORDER GRANTING EXTENSION OF
TIME OF BRIEFING SCHEDULE
PAGE -1

01     The new deadlines are as follows:

02     Plaintiff's Opening Brief:     September 30, 2013

03     Defendant's Responsive Brief:     October 28, 2013

04     Plaintiff's optional Reply Brief:     November 12, 2013

05     DATED this <u>8th</u> day of July, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION OF
TIME OF BRIEFING SCHEDULE
PAGE -2