01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   CAROL ANN TORRES,                    )    CASE NO. C13-0750-MAT
                                          )
09          Plaintiff,                    )
                                          )
10          v.                            )    ORDER GRANTING EXTENSION OF
                                          )    TIME OF BRIEFING SCHEDULE
11   CAROLYN W. COLVIN,                   )
     Acting Commissioner of Social Security, )
12                                        )
            Defendant.                    )
13   _____ )

14          Plaintiff filed the parties' first stipulation for extension of time (Dkt. 11), requesting a

15   60-day extension of the due date in which to file her Opening brief.   The Court typically does

16   not grant extension longer than approximately 30-days at a time, and usually each party is

17   granted only one extension.   In this instance, the GRANTS the extension as requested.

18   However, since 30-days have been added to the stipulated extension at defendant's request, this

19   extension shall count as being granted for defendant as well.  **Both parties are advised that**

20   **no further extensions will be granted absent extraordinary cirumstances.**

21   / / /

22   / / /

     ORDER GRANTING EXTENSION OF
     TIME OF BRIEFING SCHEDULE
     PAGE -1

01        The new deadlines are as follows:

02        Plaintiff's Opening Brief:          September 30, 2013

03        Defendant's Responsive Brief:       October 28, 2013

04        Plaintiff's optional Reply Brief:   November 12, 2013

05        DATED this 8th day of July, 2013.

06

07                                            Mary Alice Theiler
08                                            United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION OF
TIME OF BRIEFING SCHEDULE
PAGE -2